1  **SEAN LYONS JOHNSON**
   P.O. Box 22025
2  **Oakland, CA 94623**
   Phone: (510) 626-5828
3  Email: lyonstonetrust@gmail.com

4  **SEAN LYONS JOHNSON, IN PRO PER**

F I L E D

JAN 22 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6                **UNITED STATES DISTRICT COURT**

7               **NORTHERN DISTRICT OF CALIFORNIA**

8

**CR 26-90081 MISC**

9  SEAN LYONS JOHNSON                    ) Case No.:
   Trustee and Grantor of the Lyon Stone Trust,  )
10                                         ) **NOTICE OF REMOVAL FROM STATE**
              Defendant / Removing Party,, ) **COURT; DECLARATION OF SEAN**
11                                         ) **LYONS JOHNSON IN SUPPORT OF**
                                           ) **REMOVAL FROM STATE COURT**
12     vs.                                 )
                                           ) **SUBJECT MATTER JURISDICTION**
13 ALAMEDA COUNTY, CALIFORNIA             )
                                           )
14             Plaintiff.                  ) CEN:5364242      CLERK OF THE
                                           ) FILED: 08/18/2025  SUPERIOR COURT
15                                         )
                                           ) NO: 25-CR-011139   PEOPLES V. SEAN
16                                         ) DEPT.112 09/10/2025  LYONS JOHNSON
                                           )
17                                         )

18 Removed from Alameda County Superior Court Case No. 25-CR-011139

19

20        **NOTICE OF REMOVAL FROM STATE COURT**
21                (28 U.S.C. §§ 1443(1) and 1455)

22

23

24   Defendant and Removing Party Sean Lyons Johnson, appearing in propria persona, hereby

25 removes the above-captioned criminal prosecution from the Superior Court of California, County

26 of Alameda, to the United States District Court for the Northern District of California pursuant to

27 28 U.S.C. §§ 1443(1) and 1455, and states as follows:

28

-1-

Dept No. 112 09/10/2025

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

E-FILED
ALAMEDA COUNTY
8/18/2025
CLERK OF THE SUPERIOR COURT
/s/ T'erra Jones

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br><br>v.<br><br>**SEAN JOHNSON**<br>Also Known As SEAN LYONS JOHNSON<br><span style="font-size:small">Defendant(s)</span> | NO. 25-CR-011139<br><br>FIRST AMENDED COMPLAINT<br>PFN:AQW004/DTV783   CEN:5364242 |

The undersigned, being sworn says, on information and belief, that Sean Johnson did, in the County of Alameda, on or about **January 07, 2025**, commit a FELONY, to wit: OFFERING FALSE OR FORGED INSTRUMENT, a violation of section 115(a) of the PENAL CODE of California, in that said defendant(s) did unlawfully and knowingly procure and offer a false and forged instrument to be filed, registered, and recorded in a public office within this state, which instrument, if genuine, might be filed, registered, and recorded under a law of this state or the United States, to wit: a Mechanics Lien, Alameda County Recorder's document 2025002164.

### SECOND COUNT

The undersigned further deposes and says on information and belief, that said Sean Johnson did, in the County of Alameda, on or about **January 07, 2025**, commit a FELONY, to wit: OFFERING FALSE OR FORGED INSTRUMENT, a violation of section 115(a) of the PENAL CODE of California, in that said defendant(s) did unlawfully and knowingly procure and offer a false and forged instrument to be filed, registered, and recorded in a public office within this state, which instrument, if genuine, might be filed, registered, and recorded under a law of this state or the United States, to wit: a Grant Deed, Alameda County Recorder's document 2025002167.

---

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by Penal Code Section 1054.3.

Subscribed and sworn to before me,
Monday, August 18, 2025

This document was filed electronically in compliance with Penal Code section 959.1

*Ronald D. Smetana*

RONALD SMETANA
DEPUTY DISTRICT ATTORNEY P
State Bar #62818
Alameda County, California

DA 25FRE0049

## I. Identification of State Court Action

This is a criminal prosecution entitled *People of the State of California v. Sean Lyons Johnson*, Alameda County Superior Court Case No. 25-CR-011139, currently pending in the Oakland Hall of Justice, Alameda County Superior Court.

## II. Basis for Removal Under 28 U.S.C. § 1443(1)

A. Statutory Basis

Removal is sought under 28 U.S.C. § 1443(1) because Defendant is being prosecuted for conduct undertaken in the exercise of federally protected civil rights and because the structure and posture of the prosecution prevent Defendant from enforcing those rights in state court.

B. Federal Rights Asserted

The prosecution implicates rights secured by the United States Constitution and federal civil-rights statutes, including:

- Fourth Amendment (unlawful seizure and property protections)
- Fifth Amendment (due process)
- Fourteenth Amendment (equal protection and due process)
- 42 U.S.C. § 1981 (equal rights to hold and convey property and to make and enforce contracts)

C. Jurisdictional Facts Demonstrating Inability to Enforce Rights in State Court

The following jurisdictional facts, supported by the attached exhibits, demonstrate that Defendant cannot enforce the asserted federal rights in the state forum:

1. Prior Official Recognition — State actors previously reviewed, recorded, and accepted Defendant's trust instruments, fiduciary acts, and recorded deed as valid and lawful. *(See Exhibit E)*

2. State Actor Reliance and Reversal — The prosecution now depends on state actors' reversal of those prior official determinations without any intervening judicial order, probate adjudication, or judicial finding invalidating the trust instruments. *(See Exhibits A and E)*

3. Seizure Without Judicial Authorization — Property and trustee authority have been seized, altered, or excluded without any probate order, civil forfeiture judgment, or other judicial authorization. *(See Exhibits B, C, and D)*

4. State Actors as Material Witnesses — The state officials whose administrative acts and determinations are central to the prosecution are material witnesses whose conduct the state must validate for the prosecution to proceed, creating a structural conflict that forecloses meaningful enforcement of federal civil rights in state court. *(See Exhibits A–E)*

These facts show that the denial of Defendant's federal rights is inherent in the continuation of the prosecution and is not speculative or merely anticipatory. Removal is therefore proper under § 1443(1).

D. Distinction From Precedent

This Notice does not rely on allegations of bias, bad faith, or anticipated adverse rulings. Instead, it rests on jurisdictional facts showing that the state prosecution itself requires the state forum to ratify conduct alleged to violate federal civil rights, thereby preventing enforcement of those rights in state court.

-3-

## III. Timeliness of Removal Under 28 U.S.C. § 1455(b)

A. Triggering Paper and Filing Date

Defendant first ascertained that removal was necessary upon receipt of the People's "Notice Pursuant to Penal Code Section 115(f)(1) and (2)," dated August 19, 2025, which demonstrates that the criminal prosecution is being used to validate prior administrative acts and to effect deprivation of trust property.

This Notice of Removal is filed within thirty (30) days after the arraignment in state court, or at any time before trial, as required by 28 U.S.C. § 1455(b).

B. All Grounds Known

All grounds for removal known to Defendant at the time of filing are stated herein.

## IV. Venue and Procedural Compliance

A. Venue

Venue is proper in this District because the state court proceedings are pending in Alameda County, which lies within the Northern District of California.

B. Notice to State Court and Prosecuting Authority

Pursuant to 28 U.S.C. § 1455(b)(1), prompt written notice of the filing of this Notice of Removal will be provided to the Clerk of the Alameda County Superior Court and to the Alameda County District Attorney's Office. A copy will be filed in the state court as required by statute.

-4-

C. Filing Request

Defendant requests that the Clerk of this Court open this matter as a criminal removal, assign a case number, and docket the Notice of Removal and attached exhibits.

## V. Exhibit Index

- Exhibit A — Absence of Judicial Order: Documents showing no probate or judicial order authorized invalidation of trust instruments or seizure of trust property.

  *Date(s): 8/11/2025*

  *Source(s): Alameda County records, Trustee correspondence*

- Exhibit B — Seizure Documentation: Evidence of seizure or attempted seizure of trust property without prior judicial authorization.

  *Date(s): 8/192025*

  *Source(s): Property logs, District Attorney's Office*

- Exhibit C — Trustee Authority Records: Notices and records showing removal or alteration of trustee authority without adjudication.

  *Date(s): 8/1/2025*

  *Source(s): Trustee communications, recorded documents*

- Exhibit D — Exclusion Evidence: Records showing Defendant's denial of access to trust property.

  *Date(s): 8/1/2025*

  *Source(s): emails, access logs*

- Exhibit E — Chronology of Prior Recognition and Subsequent Criminalization: Timeline showing prior official recognition of trust interests followed by criminal characterization.

*Date(s): 3/13/2025*

*Source(s): Recorder filings, District Attorney's Inspector's report*

- Exhibit F — Exhibit Index and Cover Sheet: Listing all exhibits, with descriptions, dates, and sources.

*Date(s): 1/21/2025*

*Source(s): Compiled by Defendant*

All exhibits are tabbed, indexed, and submitted as objective records supporting the jurisdictional basis for removal.

**VI. Prayer for Relief**

WHEREFORE, Defendant respectfully requests that this Court:

1.  Accept removal of this prosecution from the Alameda County Superior Court to the United States District Court for the Northern District of California; and

2.  Grant such other and further relief as the Court deems just and proper.

DATED: 1/22/2026

Respectfully submitted,

SEAN LYONS JOHNSON
Defendant / Removing Party, In Pro Per
P.O. Box 22025
Oakland, CA 94623
Email: lyonstonetrust@gmail.com
Phone: (510) 626-5828

-6-

# DECLARATION OF SEAN LYONS JOHNSON IN SUPPORT OF REMOVAL FROM STATE COURT

I, Sean Lyons Johnson, declare under penalty of perjury under the laws of the United States of America as follows:

1. I am the Defendant and Removing Party in this action and make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

2. I received the People's "Notice Pursuant to Penal Code Section 115(f)(1) and (2)," dated August 19, 2025. Based on the contents of that document and surrounding circumstances, I reasonably concluded that the criminal prosecution was being used to validate prior administrative acts and to effect deprivation of trust property.

3. The attached Exhibits A through F are true and correct copies of records in my possession or public records relied upon in support of this Notice of Removal.

4. This Notice of Removal is filed within thirty (30) days after the arraignment in state court, or at any time before trial, as required by 28 U.S.C. § 1455(b).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 1/22/2026 in Oakland, California.

_Sean Lyons Johnson_
SEAN LYONS JOHNSON
Defendant / Removing Party, In Pro Per

EXHIBIT " A "



**County of Alameda**

### Request for Out of Custody Complaint
### Declaration of Probable Cause

| Arrestee/Suspect | DOB | Sex | PFN |
|---|---|---|---|
| SEAN JOHNSON | 01/25/1968 | M | AQW004 |

| Race | CDL | Agency Report # |
|---|---|---|
| BLACK | A7526300 CA | 25FRE0049 |

| Arresting Agency | Declarant | Agency Phone | Agency Fax |
|---|---|---|---|
| ALAMEDA COUNTY DISTRICT ATTORNEY | David Bettencourt | (510) 272-6263 | (510) 271-5156 |

| Arrest Date | Arrest Time | Arrest Location |
|---|---|---|
|  |  |  |

| Holds | Arrestee Home Address |
|---|---|
|  | 2701  64TH AV , #216 OAKLAND CA |

| Charges/Violations |
|---|
| PC 115(A) F(2 Counts) |

DECLARATION IN SUPPORT OF PROBABLE CAUSE

THE UNDERSIGNED HEREBY DECLARES:

1.        That I am an inspector with the Alameda County District Attorney's Office, Oakland, California.

2.        That the contents of this declaration provide probable cause to believe the above-named defendant committed the following offenses:

Penal Code § 115(a), two counts.

3.        I declare under information and belief that the following is true and correct:

Miriam Alexandrova Vardy ("Vardy") owned the property located at 24528 2nd Street, Hayward, CA 94541, Assessor's Parcel number 426-180-17.  On June 26, 2006, she transferred title to the property from her individual status to Miriam Vardy, Trustee of the 2006 Vardy Trust.  On October 12, 2022, Vardy transferred title to the property from Miriam Vardy, Trustee of the 2006 Vardy Trust, to Mariam Vardy, trustee of the 2008 Miriam Alexandrova Vardy Revocable Living Trust Dated August 1, 2008.

On July 9, 2024, officers of the Hayward Police Department were dispatched to conduct a welfare check at Vardy's home after a neighbor who frequently checked on Vardy was unable to contact her.  While the officers were unable to make entry to the property, personnel from the Hayward Fire Department were able to enter the house through a second-floor window.  Vardy's body was discovered on the living room floor, and it appeared that her body was beginning to decompose suggesting that she had been dead for several days.

Because Vardy had no know local relatives, the Alameda County Public Administrator's Office ("PA") got involved, has taken control of her property and is beginning the process of administering her estate.  Within Vardy' home the PA discovered the 2008 Miriam Alexandrova Vardy Revocable Living Trust with amendments dated August 16, 2022.  By the terms of her trust, her successor trustees were the Ireland Government Department of the Environment & Heritage, Ireland National School of Botanic Gardens with successor trustees Provident Credit Union and Bank of the West.  By the terms of the 2022 modification, on her death her successor trustee was to establish a memorial children's botanical garden at the Irish National Botanic Gardens.

The PA has not yet filed to become the successor trustee and is in the process of contacting the named successor trustees.  The PA is not in a position to become successor trustee until they can prove up that all parties named in the trust are unwilling or unable to serve.  Currently Bank of Montreal which purchased Bank of the West is reviewing the matter.

On or about February 11, 2025, documents were submitted to the District Attorney's Office by Sean Johnson ("Johnson") using the name Sean Lyons Johnson and the Lyon Stone Trust.  According to a fictitious business name statement filed with Alameda County, Johnson is the trustee of the Lyon Stone Trust.

The documents submitted include:

1. An unrecorded substitution of trustee and full reconveyance whereby "Miriam Vardy of the 2008 Miriam Alexandrova Vardy Revocable Livin [sic]" substitutes a new trustee, "Sean Lyon Johnson of Lyon Stone Trust."  The document is not signed by Vardy or any of her successors.

Document #: PCD966065

2. A grant deed recorded January 7, 2025, as Alameda County Recorder's document 2025002167, whereby Sean Lyons Johnson trustee of Lyon Stone Trust transfers title of Vardy's property at 24528 2nd Street, Hayward, CA 94541, to Lyon Stone Trust as "Trustee of Lyon Stone Trust Sean Lyons Johnson."

3. A mechanics lien recorded on January 7, 2027, as Alameda County Recorder's document 2025002164, by the Lyon Stone Trust and Johson claiming that he is owed $540,990 for "labor services for up keep [sic] and re-modeling" of Vardy's property. The work was allegedly done under contract with Vardy.

4. Various tax forms for cancellation of debt, payment vouchers, promissory notes, proof of publication of a Notice of Abandonment on January 21, 2025, of the Vardy property and that it is being claimed by the Lyon Stone Trust which will pay the State of California and the property taxes.

5. A purchase agreement to buy the Vardy property for $1,004,697 from the State of California with an earnest money deposit to be held in escrow of $1,004,697 and a deed of trust whereby the Vardy property is to be held in the name of the Lyon Stone Trust with Johnson as the beneficiary. The document was witnessed by Clarence H. Gilmore III. Johnson also claimed that he paid property taxes on the property.

After receiving the documents District Attorney Inspector Jad Jadallah called Johnson who indicated that he sent the documents because the District Attorney's Office keeps records, and he wanted the records kept on file. Johnson said he learned of the property from a friend who resided next door to Vardy (who was determined to be Clarence Hugh Gilmore III who lives next door to Vardy's house at 24532 2nd Street, Hayward). He also said that Vardy had no known heirs. Jadallah then called Johnson a second time along with Inspectors Messier and Bettencourt. Johnson claimed he made a payment for the property to the California Unclaimed Property Division totaling over a million dollars.

The mechanics lien recorded January 7, 2025, as Recorder's document 2025002164 claiming $540,990 for "labor services for up keep [sic] and remodeling" is a false recording in violation of Penal Code section 115(a). It was signed by Johnson claiming to have provided the services to Vardy. Vardy was a hoarder. The house was full of items, and it is clear from my own review of the interior of the property that neither upkeep nor remodeling have been done. No building permits have been issued for the property. The receipt issued for paying for the recording was issued to Johnson, and videos from the Recorder's Office show Johnson at the desk having the document recorded.

The grant deed recorded January 7, 2025, as Recorder's document 2025002167 granting title to Vardy's home from Sean Lyons Johnson, Trustee of Lyon Stone Trust to Lyon Stone Trust, is also a false recording in violation of Penal Code section 115(a) because Johnson never had title to the property to begin with and he is not a beneficiary of Vardy named in her trust. The receipt issued for paying for the recording was issued to Johnson, and videos from the Recorder's Office show Johnson at the desk having the document recorded. And the fictitious business name for the Lyon Stone Trust was signed by "Sean Lyons Johnson."

On July 7, 2025, Johnson sent a demand letter from the Lyon Stone Trust to the Alameda County Social Services Agency and Alameda County Counsel that was a "Formal Notice and Demand to Cease Unlawful Interference with the Real Property Interests." The letter claimed that he had acquired and recorded a lawful ownership in the Vardy property, paid the property taxes and maintained a valid "Deed of Trust, Substitution of Trustee, and Full Reconveyance" and had taken legal possession. He claimed the activity of the PA was illegal, threated to file suit with ten days and demanded that the PA cease and desist from further interference with his trust's title or use the subject property.

The demand letter is a fabricated claim and threat. There is no recorded deed giving Johnson title to the property, he has not paid the property taxes, he has not recorded a deed of trust, substitution of trustee and full reconveyance and has not taken legal possession of the property.

County Counsel responded to Johnson's letter on July 17, 2025, with a letter requesting that Johnson provide documentation for his claim of ownership. Johnson responded on July 31, 2025, did not attach any documents and offered to settle with the county if it paid him $1,004,697 for the funds he deposited with the state and reimbursed him for the property taxes he paid.

County Counsel sent Johnson a response on August 1, 2025, again seeking documentation for Johnson's claim for title to the property. On August 8, 2025, Johnson sent a number of documents to County Counsel. Like the documents previously provided to the District Attorney's Office, there is no conveyance from Vardy to Johnson, no revised trust agreement making Johnson a successor trustee, just documents allegedly showing payments of $1,004,697 to the United States Treasury and the State Controller.

Sean Johnson is more particularly described as a Black male born January 25, 1968, six feet, two inches tall, weighing 190 pounds, with black hair and brown eyes. The address on his California Driver's License number A7526300 is PO Box 22025, Oakland, CA 94623 (and shown on some documents as 94623-2025, and it is the Oakland main post office at 1675 7th Street, Oakland). On filed documents he has also used the address of 2701 64th Avenue, Suite 216, Oakland, CA 94605, which is the address of an apartment building.

According to the 2024 Alameda County Bail Schedule, bail for each violation of Penal Code section 115(a) is $35,000. Johnson will be sent a notice to appear, and in the event he fails to appear I am requesting that a bench warrant issue with bail in the amount of $70,000.

Page 2 of 3

I declare under penalty of perjury that the above information was obtained through official police channels and is contained in the above-mentioned police report. Executed in the County of Alameda, State of California. Identity and signature of declarant verified by CRIMS.

Date: 08/11/2025 09:15:43                    Declarant: David Bettencourt                    Badge: 387

---

On the basis of the foregoing declaration, I hereby determine that there is/is not probable cause to detain this arrestee.

Date:                                        Judge:

Document #: PCD966065

EXHIBIT " B "



Office of the District Attorney
Alameda County
Airport Corporate Centre
7677 Oakport Street, Suite 650
Oakland, California 94621-1934



**CERTIFIED MAIL®**



9589 0710 5270 1472 1600 53



US POSTAGE
First-Class - IMI
ZIP 94621
08/19/2025
034B 0081822137

Sean Johnson
2701 64th Avenue, Suite 216
Oakland, CA 94605

94605-203766



# Office of the District Attorney
# Alameda County

**Ursula Jones Dickson**
**District Attorney**
alcoda.org

August 19, 2025

VIA CERTIFIED MAIL

Sean Johnson
2701 64th Avenue, Suite 216
Oakland, CA 94605

Sean Johnson
PO Box 22025
Oakland, CA 94623

Jessica G. Williams
Deputy County Counsel
1221 Oak Street, Suite 450
Oakland, CA 94612

Michaela Franco
BMO Wealth Management
320 S. Canal St. - 12th Fl.
Chicago, IL 60606

NOTICE PURSUANT TO PENAL CODE SECTIONS 115(f)(1) and (2)

Please take notice that a criminal action has been filed in the County of Alameda entitled The People of the State of California v. Sean Johnson, aka Sean Lyons Johnson, Alameda County Superior Court case 25-CR-011139, alleging, among other things, that false documents have been recorded impacting the title to 24528 2nd Street, Hayward, CA 94541.

Subsequent to the filing of the case, a lis pendens (copy enclosed) was recorded against the property. By this notice, the People are informing you that the commencement of the criminal action may result in adjudications against the false or forged instruments, or the property affected by the false or forged instruments, and you have the right to be heard if a motion is brought under Penal Code section 115, subdivision (e), to void the false or forged instruments.

The real property is situated in the City of Oakland, County of Alameda, State of California, and is described more particularly as follows:

Portion of that Tract of Land described in the decree quieting title Case No. 164766, dated April 24, 1942, a certified copy of which was recorded April 24, 1942, Book 4204 Official Records, Page 269, PP/20113, Alameda County Records described as follows:

Beginning at a point on the Northern line of Second Avenue distant thereon South 85 degrees 09 minutes West 51.50 feet from the intersection thereof, with the Western line of the 1502 acre tract of land described in the deed to Ella Sterling Cummins Mighels, recorded November 14, 1914 in Book 2284 of Deeds, Page 391, Alameda County Records; running thence along said line of Second Street, South 85 degrees 08 minutes West 58.50 feet; thence North 9 degrees 00 minutes East 110- feet; thence North 85 degrees West 110 feet to the point of beginning.

Assessor's Parcel Number 426-180-17.

Respectfully submitted.

URSUAL JONES DICKSON, DISTRICT ATTORNEY
Alameda County District Attorney's Office

By Ronald D. Smetana
Deputy District Attorney

275-214
[Rev. 09/20/13]
RECORDING REQUESTED BY:

COUNTY OF ALAMEDA,
DISTRICT ATTORNEYS OFFICE

**WHEN RECORDED MAIL TO:**

ATTN: Ronald D. Smetana
DISTRICT ATTORNEYS OFFICE
Alameda County
7677 Oakport Street, Suite 650
Oakland, California 94621
**NO RECORDING FEES**
**UNDER GOVT. CODE 27383**

CONFORMED COPY - has not been compared with Original.
**2025103855**     08/18/2025 03:52 PM     **3 PGS**



OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $0.00

THIS SPACE FOR RECORDER'S USE ONLY

# LIS PENDENS

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (Govt. Code27361.6)
(additional recording fee applies)

1  **URSULA JONES DICKSON**
**District Attorney of Alameda County**
2  Ronald D. Smetana (SBN: 62818)
3  Deputy District Attorney
Consumer & Environmental Protection Division
4  7677 Oakport Street, Suite 650
Oakland, CA  94621
5  Telephone: (510) 777-2219
Facsimile: (510) 383-8615
6  E-mail:  ron.smetana@acgov.org

7  Attorneys for Plaintiff

8

9  **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**

10

11  **THE PEOPLE OF THE STATE OF**
**CALIFORNIA,**
12                                    **Plaintiff.**

13

14            **v.**

15  **SEAN JOHNSON, aka SEAN LYONS**
**JOHNSON,**
16

17                            **Defendant.**

Docket No.: 25-CR-011139

**NOTICE OF PENDENCY OF ACTION**
**(LIS PENDENS)**

18

19        Notice is hereby given that an action, entitled as above, has been commenced by the People

20  of the State of California against SEAN JOHNSON, aka SEAN LYONS JOHNSON ("Johnson") in

21  docket number 25-CR-.  Johnson is charged with fraudulently recording a mechanics lien and a grant

22  deed impacting title to the real property described below by recording false documents in violation

23  of Penal Code section 115(a).

24        The real property is situated in the County of Alameda, State of California, and is described

25  more particularly as follows:

26        **Real property in the city of HAYWARD, County of ALAMEDA, State of**
**California, described as follows:**
27

28        **Portion of that Tract of Land described in the decree quieting title Case No.**
**164766 dated April 24, 1942, a certified copy of which was recorded April 24,**
29  **1942, Book 4204 Official Records, Page 269, PP/20113, Alameda County Records**
**described as follows:**

30

31                                        1

Beginning at a point on the Northern line of Second Ave distant thereon South 85 degrees 09 minutes West 51.50 feet from the intersection thereof, with the Western line of the 1502 acre tract of land described in the deed to Ella Sterling Cummins Mighels, recorded November 14, 1914 in Book 2284 of Deeds, Page 391, Alameda County Records; running thence along said line of Second Street, South 85 degrees 08 minutes West 58.50 feet; thence North 9 degrees 00 minutes East 110- feet; thence North 85 degrees West 110 feet to the point of beginning.

Assessor's Parcel number 426 180 17

Commonly referred to as:   24528 2nd Street
                            Hayward, CA 94541

DATED:  August 18, 2025

Respectfully Submitted,

URSULA JONES DICKSON
DISTRICT ATTORNEY

By:   _Ronald D. Smetana_

Ronald D. Smetana
Deputy District Attorney

2

EXHIBIT " _C_ "



# OFFICE OF THE COUNTY COUNSEL

1221 Oak Street, Suite 450, Oakland, California 94612-4296
Telephone (510) 272-6700          Facsimile (510) 272-5020

DONNA R. ZIEGLER
COUNTY COUNSEL

August 1, 2025

**BY U.S. MAIL AND E-MAIL**

Sean Lyons Johnson
Trustee, Lyon Stone Trust
PO Box 22025
Oakland, CA 94623
Email: lyonstonetrust@gmail.com

Re: Estate of Miriam Vardy, 24528 2nd Street, Hayward, CA 94541

Dear Mr. Johnson:

I received your email dated July 31, 2025 in response to my letter dated July 17, 2025.

Please review my letter dated July 17, 2025 and the request that Lyon Stone Trust provide documentation of its alleged ownership interest, or any lawful interest, in the real property located at 24528 2nd Street, Hayward, CA 94541 (Hayward property). You have provided no documentation to substantiate your claims of any lawful interest, lawful ownership, or role as successor trustee of the 2008 MIRIAM ALEXANDROVA VARDY REVOCABLE LIVING TRUST. My July 17, 2025 letter to you is attached for your reference.

Given your July 31, 2025 email, please also provide documentation of an alleged security interest of $1.5 million in the Hayward property pursuant to an administrative purchase with the State of California. This information was absent from your July 7, 2025 letter and no proof of such claim has been provided.

The Public Administrator continues to take lawful steps protecting the decedent's Hayward property under California Probate Code section 7601. The Public Administrator will not cease these lawful protective measures at this time.

Please provide me with documentation as requested so your claims can be fully evaluated. A prompt response to this request is appreciated.

Very truly yours,

DONNA R. ZIEGLER
County Counsel

By _Jessica G Williams_
Jessica G. Williams
Deputy County Counsel

Enclosure:
July 17, 2025 Letter to Sean Lyons Johnson



# OFFICE OF THE COUNTY COUNSEL

1221 Oak Street, Suite 450, Oakland, California 94612-4296    DONNA R. ZIEGLER
Telephone (510) 272-6700            Facsimile (510) 272-5020    COUNTY COUNSEL

July 17, 2025

**BY U.S. MAIL AND E-MAIL**

Sean Lyons Johnson
Trustee, Lyon Stone Trust
PO Box 22025
Oakland, CA 94623
Email: lyonstonetrust@gmail.com

Re: Estate of Miriam Vardy, 24528 2nd Street, Hayward, CA 94541

Dear Mr. Johnson:

I received your letter dated July 7, 2025 regarding real property located at 24528 2nd Street, Hayward, CA 94541, Assessor's Parcel Number (APN): 462-180-17 (Hayward property). Please be advised that I represent the Alameda County Public Administrator (Public Administrator) and any future correspondence to my office should be addressed to my attention.

The Public Administrator is lawfully investigating the estate of decedent Miriam Vardy, including the real property located at 24528 2nd Street in Hayward. The Alameda County Coroner's Bureau referred the matter to the Public Administrator for investigation.

The Public Administrator is conducting a comprehensive investigation into this estate, including but not limited to reviewing documents recorded with the Alameda County Clerk-Recorder as to the Hayward property, searching for next of kin, and reviewing the decedent's estate planning documents.

The Public Administrator has determined that the property located at 24528 2nd Street is legally titled to MIRIAM VARDY, trustee of the 2008 MIRIAM ALEXANDROVA VARDY REVOCABLE LIVING TRUST (Trust). This determination is based upon reviewing documents recorded with the Alameda County Clerk-Recorder establishing legal chain of title, including a valid grant deed executed by Miriam Vardy and recorded on October 12, 2022. We are also in possession of a copy of the Trust document, which lists the decedent's real property as a Trust asset.

Your letter states that Lyon Stone Trust is the lawful owner of the Hayward property. However, the Public Administrator's review of recorded instruments for the Hayward property shows no lawful instrument granting Ms. Vardy's ownership interest either to you or Lyon Stone Trust. Please provide my office with any documentation you have substantiating your ownership claim to the Hayward property.

Your letter also implies that either you or Lyon Stone Trust is somehow acting as successor trustee of the 2008 MIRIAM ALEXANDROVA VARDY REVOCABLE LIVING TRUST. The Public Administrator and I have both reviewed a copy of the Trust and neither you nor Lyon Stone Trust are identified as a successor trustee, nor mentioned at all in the Trust. In fact, the Public Administrator is communicating with all of the named successor trustees, none of whom have mentioned you nor Lyon Stone Trust as a possible successor trustee. Please provide my office with any alleged documentation, proof, and legal authority you believe establishes you or the Lyon Stone Trust as successor trustee of the Trust.

Lyon Stone Trust
July 17, 2025
Page 2

The Public Administrator is acting under California Probate Code section 7601 to lawfully protect the decedent's property. California Probate Code section 7601 states: "...the public administrator of a county shall take prompt possession or control of property of a decedent in the county that is deemed by the public administrator to be subject to loss, injury, waste or misappropriation." The Public Administrator has determined the decedent's assets, including her real property, are subject to loss, injury, waste and misappropriation. The Public Administrator is very concerned that it appears you recorded a "Grant Deed" purporting to transfer the Hayward property to yourself and/or Lyon Stone Trust when it doesn't appear Ms. Vardy ever transferred her interest to you. Further, Public Administrator staff were advised that Lyon Stone Trust unlawfully placed a pad lock on an exterior gate of the Hayward property, which is also concerning.

The Public Administrator has accordingly taken steps to protect the decedent's Hayward property, including changing the locks. The Public Administrator will not cease these protective measures at this time as it is lawfully acting under section 7601. Further, the Public Administrator intends to file a petition for appointment as successor trustee of the Trust in the Alameda County Superior Court. Please stay away from the real property located at 24528 2nd Street, Hayward, CA 94541 as there is no evidence of your lawful ownership at this point.

Please provide me with documentation establishing your claim of ownership of the Hayward property and any documentation and legal authority supporting the claim that you are the successor trustee of the 2008 MIRIAM ALEXANDROVA VARDY REVOCABLE LIVING TRUST.

Very truly yours,

DONNA R. ZIEGLER
County Counsel

By _Jessica G Williams_

Jessica G. Williams
Deputy County Counsel

EXHIBIT " _O_ "

Dept No. 112 09/10/2025

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br><br>v.<br><br>**SEAN JOHNSON**<br>Also Known As  SEAN LYONS JOHNSON<br><span style="font-size:small">Defendant(s)</span> | NO. 25-CR-011139<br><br>FIRST AMENDED COMPLAINT<br>PFN:AQW004/DTV783   CEN:5364242 |

E-FILED
ALAMEDA COUNTY
8/18/2025
CLERK OF THE SUPERIOR COURT
/s/ Terra Jones

The undersigned, being sworn says, on information and belief, that Sean Johnson did, in the County of Alameda, on or about **January 07, 2025**, commit a FELONY, to wit: OFFERING FALSE OR FORGED INSTRUMENT, a violation of section 115(a) of the PENAL CODE of California, in that said defendant(s) did unlawfully and knowingly procure and offer a false and forged instrument to be filed, registered, and recorded in a public office within this state, which instrument, if genuine, might be filed, registered, and recorded under a law of this state or the United States, to wit: a Mechanics Lien, Alameda County Recorder's document 2025002164.

## SECOND COUNT

The undersigned further deposes and says on information and belief, that said Sean Johnson did, in the County of Alameda, on or about **January 07, 2025**, commit a FELONY, to wit: OFFERING FALSE OR FORGED INSTRUMENT, a violation of section 115(a) of the PENAL CODE of California, in that said defendant(s) did unlawfully and knowingly procure and offer a false and forged instrument to be filed, registered, and recorded in a public office within this state, which instrument, if genuine, might be filed, registered, and recorded under a law of this state or the United States, to wit: a Grant Deed, Alameda County Recorder's document 2025002167.

---

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by Penal Code Section 1054.3.

Subscribed and sworn to before me,
Monday, August 18, 2025

This document was filed electronically in compliance with Penal Code section 959.1

*Ronald D. Smetana*

RONALD SMETANA
DEPUTY DISTRICT ATTORNEY P
State Bar #62818
Alameda County, California

DA 25FRE0049

EXHIBIT " E "



OFFICE OF THE
# DISTRICT ATTORNEY
COUNTY OF ALAMEDA
STATE OF CALIFORNIA

## INSPECTOR'S REPORT

**Case #: 25FRE0049**

---

**TYPE OF REPORT:**     Supplemental Report

**LOCATION:**     7677 Oakport St. Oakland, CA

**DATE OF REPORT:**     March 13, 2025

**STATEMENT OF FACTS:**     I am an inspector with the Alameda County District Attorney's Office, assigned to the Consumer Justice Bureau (CJB), where I serve as a supervisor overseeing the Consumer Division, High Tech Crime Unit, Elder Abuse Unit, and Real Estate Fraud Unit. My responsibilities include reviewing complaints, which we receive either by mail or via electronic communication (email) through designated addresses, relating to consumer issues, and real estate matters.

On or about February 11, 2025, I received a United States Postal Service (USPS) envelope containing several documents on my desk. The envelope was stamped as received on February 7, 2025, by the Alameda County District Attorney's Office Consumer Justice Bureau. The documents included copies of the following:

- Grant Deed
- Annual Summary and Transmittal of U.S. Information Returns
- Alameda County Secured Property Tax Statement
- Substitution of Trustee and Full Reconveyance
- USPS Certificate of Mailing
- Lyon Stone Trust Security Agreement
- UCC State of California Financing Statement
- Lyon Stone Purchase Agreement (including an Earnest Money Deposit of $1,004,697.00)
- Proof of Publication
- Mechanics Lien

---

by: _Jad Jadallah_    reviewed by: _____    date: **3·14·2025**

Inspector Jad Jadallah #304

Page 1

000001

**ALAMEDA COUNTY DISTRICT ATTORNEY'S OFFICE**                    Docket #    25FRE0049

*INSPECTOR'S REPORT*

- Other related documents.

There was no complaint form attached to the documents.

I ran the name Miriam Vardy through the Alameda County Clerk-Recorder's Public Access as it appeared on the Alameda County Secured Property Tax Statement that was received within the USPS mail. The address associated with Miriam Vardy is 24528 2nd Street, Hayward, CA. Under Instrument Number 2025002164, a Mechanics Lien was recorded on 01/07/2025. The copy of the Mechanics Lien that was received within the USPS mail is a copy of the Mechanics Lien from the recorder's office.

On February 14, 2025, at approximately 1:10 PM, I called the telephone number 925-575-7421, which was listed for a Sean Johnson, identified as a "Trustee." The document titled "Annual Summary and Transmittal of U.S. Information Returns" was dated January 21, 2025, so I believed this to be a valid contact number. The purpose of the call was to determine if Mr. Johnson was filing a real estate fraud complaint related to the documents received.

A person answered the phone and after I identified myself as being from the Alameda County District Attorney's Office, requested to speak with Sean Johnson. The person confirmed his identity as Sean Johnson. I informed Mr. Johnson that our office had received several documents, including those mentioned above, and asked what actions we were supposed to take with them. He responded that the documents should be kept on file. I then asked what that meant as we are the real estate fraud unit. He reiterated that since we keep records, we are just to keep them on file. Since the documents pertained to a specific address in Hayward CA, I asked if he recently purchased the house (24528 2nd Street Hayward) from the property owner. Johnson said no she passed away. I then asked if he had contacted the next of kin and he said the next of kin was the property owner's daughter, but she had also passed away. Mr. Johnson said he learned of the property from a friend who resided next to the property in question. I asked if he had gone through a title company, and he said he did not. I thanked him for his time and said that I will contact Johnson if I have any further inquiries.

I then met with Inspectors Dave Bettencourt and Robert Messier both of whom currently investigate real estate fraud. I showed them the documents our office received and asked for their opinion as to the documents received and to the brief conversation I previously had with Mr. Johnson. Based on what Mr. Johnson said, "No Known Heirs," it was determined that the property typically goes through some kind of legal process such as probate.

I called Mr. Johnson with Inspectors Dave Bettencourt and Robert Messier present. We questioned Mr. Johnson about the vacant property within Alameda County. Mr. Johnson stated he has made a payment for the property with the California Unclaimed Property Division, totaling over a million dollars, to secure it when it becomes available for sale. Mr. Johnson said he had notified the relevant county offices and published a notice in a newspaper regarding the property abandonment. I requested Mr. Johnson verify his home address, which he declined to provide.

**Evidence:** Partial recorded call of Sean Johnson dated 02/14/2025. The recording was uploaded into the shared drive under 25FRE0049.

Inspector Jad Jadallah # 304
Page 2                                            000002